# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK A. HALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-15-884-R |
| | ) |
| THE AMERICAN TAEKWONDO | ) |
| ASSOCIATION, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant has filed a Motion to Dismiss, requesting that the Court dismiss Plaintiff's claims without prejudice in light of a filing by this *pro se* Plaintiff in the District Court of Cleveland County, following removal of this action by Defendant. Plaintiff's August 18, 2015 filing with the District Court of Cleveland County consisted of a "Notice of Dismissal Without Prejudice" wherein he stated that he desired to terminate his litigation voluntarily because of medical issues he was experiencing. Defendant, recognizing Plaintiff likely misunderstood that the case was now pending in this Court, filed the instant motion. Plaintiff does not object, and clearly dismissal without prejudice is consistent with his post-removal filing in the District Court of Cleveland County. Accordingly, the Court GRANTS Defendant's motion to dismiss and this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of September, 2015.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE